IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| In the Matter of: | Case No.: |
| PEGGY D. WILLIAMS | 06-00141-5-ATS |
| Debtor | Chapter 11 |

**REPORT ON UNCLAIMED DIVIDENDS**

    NOW COMES, the undersigned attorney for the Debtor, and respectfully reports unto the Court the following:

    1.    Checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| Transworld Systems<br>8801 Jim Keynes Drive #300<br>Charlotte, NC 28262 | $35.94 | 2/29/08 |
| Hearst Corporation (The)<br>PO Box 8271<br>Red Oak, IA 51591 | $9.99 | 2/29/08 |

    2.    The undersigned has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful.

    WHEREFORE, the undersigned attorney for the Debtor desires to pay unto the Court said unclaimed dividends.

    Dated: 10/18/10

                                                                             s/Trawick H. Stubbs, Jr.
                                                                             TRAWICK H. STUBBS, JR.
                                                                             Attorney for the Debtor
                                                                             STUBBS & PERDUE, P.A.
                                                                             Post Office Box 1654
                                                                             New Bern, NC 28563
                                                                             (252) 633-2700
                                                                             (252) 633-9600 (facsimile)
                                                                             N.C. State Bar #4221